IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj88-SRW |
| | ) | |
| THOMAS EARL DOUGLAS | ) | |

## **ORDER**

Upon consideration of defendant's waiver of preliminary examination (Doc. # 5), filed October 10, 2007, and for good cause, it is

ORDERED that the preliminary examination scheduled for October 11, 2007 at 2:00 p.m. be and hereby is CANCELLED.

DONE, this 11th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE